IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN FREDERICK WHEELER, | ) | 1:11-cv-01045-LJO-JLT |
| Plaintiff, | ) ) ) | ORDER DISREGARDING OBJECTIONS AS MOOT |
| v. | ) ) | (Doc. 7) |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

On August 3, 2011, the Magistrate Judge issued Findings and Recommendations recommending that the case be dismissed based upon Plaintiff's failure to comply with the Federal Tort Claims Act. (Doc. 4) The Court granted Plaintiff 14 days to file objections to the findings and recommendations. (Doc. 4 at 5) When Plaintiff failed to file objections and after the 14 days had expired, on August 22, 2011, the Court adopted the findings and recommendations and dismissed the case. (Doc. 5)

On August 24, 2011, Plaintiff filed objections to the findings and recommendations.[1] (Doc. 7) This case, however, is closed. Therefore, any document filed herein, including the instant amended complaint, will be disregarded. **No further orders will be issued in this case.**

---

[1] The Court notes that Plaintiff failed to provide any showing in his objections, that he had, indeed, complied with the Federal Tort Claims Act and, instead impliedly admits that he did not do so. (Doc. 7 at 2, 8-10)

1      Therefore, the Objections (Doc. 7) are **DISREGARDED** as **MOOT.**

2 IT IS SO ORDERED.

3 Dated:  **August 25, 2011**                                        **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE